**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
*kevin@kjclawgroup.com*
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Tel: 310.861.7797

*Attorneys for Defendant*
*Accolade, Inc. d/b/a Plushcare*

**BURSOR & FISHER, PA**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT PERKINS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ACCOLADE, INC. d/b/a PLUSHCARE,

Defendant.

Case No. 5:25-cv-03162-SSS-SP

**JOINT STIPULATION AND REQUEST FOR ORDER TO EXTEND WORD COUNT FOR DEFENDANT'S FORTHCOMING MOTION TO DISMISS AND PLAINTIFF'S RESPONSE**

Filed Concurrently:

1. [Proposed] Order

Action Filed: November 24, 2025
Judge: Hon. Sunshine S. Sykes

Defendant Accolade, Inc. d/b/a Plushcare ("Defendant") and Plaintiff Robert Perkins ("Plaintiff"; together, the "Parties"), by and through undersigned counsel, respectfully move for permission for Defendant to file a brief in support of Defendant's forthcoming motion to dismiss that exceeds the Court's 7,000 word limit and for Plaintiff to file a response to said motion that also exceeds the Court's 7,000 word limit. In support of this Request, the Parties state as follows:

1. Plaintiff Robert Perkins filed the operative putative class action complaint (the "CAC") on November 24, 2025. *See* ECF No. 1.

2. Plaintiff's CAC is 84-pages long, contains more than 200 paragraphs, and alleges seven distinct causes of action for privacy violations. *See id.* at ¶¶ 148–226.

3. Local Rule 11-6.1 limits briefs in support of motions to not more than 7,000 words in length.

4. Due to the length of the CAC and the complexities of the issues involved, Defendant requires more than 7,000 words to fully brief its position and respectfully requests that the 7,000 word limit be extended to 8,500 words.

5. Defendant has conferred with Plaintiff, who consents to this extension and requests the same extension on his response brief to the Defendant's motion, to which Defendant has agreed.

6. No party will be prejudiced by a grant of this motion.

7. Additionally, the Court's Standing Civil Order dated September 2, 2025, requires good cause for any extension of L.R.11-6.1's word limit. The Court advises word count extensions will be granted "on rare occasions." *See* Civil Standing Order at p. 14.

8. Defendant has good cause for a 1,500-word extension for its forthcoming Motion to Dismiss. Defendant will explain the use and functionality of its software technology. Defendant will respond to all seven causes of action. Defendant will brief

law and facts related to judicial notice. Defendant will rely on and incorporate consent banners from the Privacy Policy and Terms of Use previously agreed to by Plaintiff.

9. As a result, the parties respectfully request that this Court extend the word limit for Defendant's forthcoming Motion to Dismiss and Plaintiff's response to said motion to 8,500 words and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The word count limit for Defendant's forthcoming Motion to Dismiss shall be extended to 8,500.

2. The word count limit for Plaintiff's Response to Defendant's Motion to Dismiss shall be extended to 8,500.

Dated: March 3, 2026

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*
Kevin J. Cole

Attorneys for Defendant
*Accolade, Inc. d/b/a Plushcare*

**BURSOR & FISHER, P.A.**

By: */s/Philip L. Fraietta*
Philip L. Fraietta

Attorneys for Plaintiff

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

The undersigned attests pursuant to Local Rule 5-4.3.4 that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: March 3, 2026

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*
Kevin J. Cole

Attorneys for Defendant
*Accolade, Inc. d/b/a Plushcare*