# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT PERKINS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ACCOLADE, INC. d/b/a PLUSHCARE,

Defendant.

Case No. 5:25-cv-03162-SSS-SPx

**ORDER EXTENDING WORD COUNT FOR DEFENDANT'S FORTHCOMING MOTION TO DISMISS AND PLAINTIFF'S RESPONSE**

Action Filed: November 24, 2025
Judge: Hon. Sunshine S. Sykes

Before the Court is the Parties' Joint Stipulation and Request for Order Extending the word count for Defendant's forthcoming Motion to Dismiss and Plaintiff's Response. There being GOOD CAUSE SHOWN, the Court hereby orders as follows:

The word count limit for Defendant's forthcoming Motion to Dismiss and Plaintiff's Response shall be extended to 8,500.

**IT IS SO ORDERED**.

Dated: March 9, 2026

Hon. Sunshine S. Sykes
United States District Judge