**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT PERKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCOLADE, INC. d/b/a PLUSHCARE,<br><br>Defendant. | Case No. 5:25-cv-03162-SSS-SPx<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Action Filed: April 1, 2025<br>Judge: Hon. Sunshine S. Sykes |

Before the Court is the Parties' Joint Stipulation for Extension of Time for Defendant Accolade, Inc. to Answer or Otherwise Respond to Plaintiff Robert Perkins's First Amended Class Action Complaint. There being GOOD CAUSE SHOWN, the Court hereby orders as follows:

The deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint shall be extended by thirty days, until May 8, 2026.

**IT IS SO ORDERED**.

Dated: April 3, 2026

Hon. Sunshine S. Sykes
United States District Judge