**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT PERKINS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>Plaintiff,<br>v.<br>ACCOLADE, INC. D/B/A PLUSHCARE,<br>Defendant. | Case No. 5:25-cv-03162-SSS-SPx<br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME** |

Having considered the Parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Class Action Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendant Accolade, Inc. d/b/a PlushCare shall have up to and including June 19, 2026, to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint.

IT IS SO ORDERED.

Dated: May 29, 2026

SUNSHINE S. SYKES
United States District Judge