**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT PERKINS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOLADE, INC. d/b/a PLUSHCARE,<br><br>Defendant. | Case No. 5:25-cv-03162-SSS-SPx<br><br>**ORDER GRANTING JOINT STIPULATION FOR AMENDMENT OF CAPTION**<br><br>NOTE CHANGES MADE BY COURT |

The Court, having considered the Parties' Joint Stipulation for Amendment of Caption, and finding good cause shown, HEREBY ORDERS AS FOLLOWS:

The caption to Plaintiffs' First Amended Class Action Complaint is hereby amended to read "Robert Perkins, individually, and on behalf of all others similarly situated, Plaintiff, vs. Plushcare, Inc., Defendant." The Clerk is hereby DIRECTED to update the docket.

IT IS SO ORDERED.

Dated: June 12, 2026

SUNSHINE S. SYKES
United States District Judge